IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

JEFFREY ELLIS
1020 Emery Drive, Apt 5
Covington, KY 41011

    Plaintiff,

vs.                                                                                          Case No:

MARK CARNAHAN                                                              Judge:
62 South Main Street
Walton, KY 41094

And

UNITED STATES OF AMERICA
US Attorney General, US Department
10th and Constitution Ave. NW Room 5111
Washington, DC 20530

And

UNITED STATES OF AMERICA
 US Attorney Eastern District of Kentucky
260 West Vine Street, Suite 300
Lexington, KY 40507

    Defendants.

---

    Now come the Plaintiff Jeffrey Ellis, by and through counsel, and for his Complaint against the Defendants hereby state the following:

### VENUE AND JURISDICTION

    1.    This Court has jurisdiction over this matter pursuant to 28 USC §1346 (b) (1).

    2.    Inasmuch as the incident occurred in Boone County, Kentucky, this matter is properly venued pursuant to 28 USC § 1402 (b).

3. Because this action is brought pursuant to the FTCA, it is governed by the substantive law of the place where the act occurred pursuant to 28 USC § 1346(b). Therefore, Kentucky law applies.

4. The Plaintiff has complied with all conditions precedent pursuant to § 28 USC 2675 (a) by submitting an executed Standard Form 95, Claim for Damage or Injury, to the United States Postal Service District Tort Claims Coordinator in Cincinnati, Ohio prior to initiating this action.

5. Said claim was presented on or about April 16, 2014. Six months have passed and to date the agency has not made a final disposition of Plaintiff's Claim

6. Pursuant to § 28 USC 2675 (a) the failure of an agency to make final disposition of a claim within six months after it is filed shall, at the option of the claimant any time thereafter, be deemed a final denial of the claim.

7. Having filed this action 6 months after presenting the claim, this action is timely filed pursuant to 28 USC §2401(b) and 39 CFR 912(9)(A).

## COUNT I – NEGLIGENCE

8. Plaintiff hereby incorporates paragraphs 1 through 7 as if fully rewritten herein.

9. On or about June 01, 2012, Plaintiff Jeffrey Ellis was operating a bicycle westbound along Burlington Pike in front of the driveway for the property located at 7025 Burlington Pike in Florence, Boone County, Kentucky.

10. At or about that same date and time Defendant Mark Carnahan was operating a 1988 Chevrolet Truck exiting the property located at 7025 Burlington Pike in Florence, Boone County, Kentucky.

11. At or about that same date and time Defendant Mark Carnahan, negligently

operated his motor vehicle causing a collision with the bicycle operated by Plaintiff Jeffrey Ellis.

12. As a direct and proximate result of Defendant Mark Carnahan's negligence, Plaintiff Jeffery Ellis has suffered permanent physical injuries causing pain and suffering.

13. As a direct and proximate result of Mark Carnahan's negligence, Plaintiff Jeffrey Ellis has incurred medical expenses in excess of $2,173.98 and will continue to incur expenses in an amount to be proven at trial.

14. As a direct and proximate result of Mark Carnahan's negligence, Plaintiff Jeffrey Ellis has suffered lost wages and other economic harm in an amount to be determined at trial.

## COUNT II – VICARIOUS LIABILITY

15. Plaintiff hereby incorporates paragraphs 1 through 14 as if fully rewritten herein.

16. Upon information and belief Defendant Mark Carnahan was an actual or apparent agent, servant or employee of Defendant United States of America acting within the scope of said employment and agency.

17. Defendant United States of America is vicariously liable for the negligent acts of Defendant Mark Carnahan set forth in the preceding counts under agency principles and/or under the doctrine of Respondeat Superior.

WHEREFORE, Plaintiff Jeffrey Ellis demands judgment against Defendants in an amount no less than $15,000.00 plus his costs incurred herein and any other relief the court deems proper.

**Respectfully Submitted,**

\_\_/s/ Christopher D. Byers_____
Christopher D. Byers (91177)
Ahmed C. Hassan  (KY 94012)
GREGORY S. YOUNG CO., L.P.A.
Attorney for Plaintiff
600 Vine Street, Suite 402
Cincinnati, Ohio 45202
Telephone:     (513) 721-1077
Facsimile:     (513) 721-1919
E-Mail: cbyers@younginjurylaw.com
            Chassan@younginjurylaw.com